UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : CV 19-1922
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __Richard F. Griffin, Jr.__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Bredhoff & Kaiser, PLLC__

__805 15th Street N.W., Suite 1000__

__Washington, D.C. 20005__

Office Telephone: __(202) 842-2600__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached.

My attorney Identification number is: __DC Bar No. 358323__

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

_X_ SPECIAL ADMISSION:

GRANTED BY THE COURT _____ Date: 11/14/19