UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SCHASZBERGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 13,<br><br>Defendant. | Case No. 3:19-CV-01922-MEM<br>(Judge Malachy E. Mannion)<br><br>--Electronically Filed-- |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY THE CASE

NOW, this _17th_ day of _January_, 2020, upon consideration of the joint motion, filed by the Plaintiffs and the Defendant American Federation of State, County and Municipal Employees, Council 13, to stay all proceedings in the case pending the decisions of the United States Court of Appeals for the Third Circuit in *Diamond v. Pa. State Educ. Ass'n*, No. 19-2812 and *Wenzig v. Service Employees International Union Local 668*, No. 19-3906, it is hereby ORDERED that the motion is granted. The case is stayed and a status hearing in the case is set for one year from the date this ORDER is entered, with leave for the parties to request that the stay be lifted sooner should the Third Circuit issue decisions in *Diamond* and *Wenzig* before

1

then. In addition, the case management conference currently scheduled for February 6, 2020 is indefinitely continued in line with this stay.

IT IS SO ORDERED.

_____
Hon. Malachy E. Mannion, U.S.D.J