# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SCHASZBERGER, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:19-1922 |
| v. | : | (JUDGE MANNION) |
| AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, COUNCIL 13, | : | |
| Defendant | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant AFSCME's motion to dismiss, **(Doc. 18)**, the plaintiff's First Amended Complaint, **(Doc. 16)**, is **GRANTED** and, all of the plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**(2)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: May 20, 2021**
19-1922-01-Order